*In re* **ODOM**, David Thomas (MR 19772)
Naperville, IL

Order of the Court:

The petition by respondent David Thomas Odom for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for nine months, as recommended by the Review Board.

Suspension effective June 9, 2005.

Respondent David Thomas Odom shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.